GRANT, Respondent, v. KIRKMAN & SON, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Edmund M. Grant against Kirkman & Son, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

In re GREEN. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application of Lemuel B. Green for a writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements.

GRIFFIN, Respondent, v. WHEATON, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by George Griffin against Armond E. Wheaton. No opinion. Order reversed, with costs to appellant, upon the ground that the amendments of the decision and judgment were not warranted by the findings.

GROPP v. GREAT ATLANTIC & PACIFIC TEA CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Henry E. Gropp against the Great Atlantic & Pacific Tea Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 161 App. Div. 859, 146 N. Y. Supp. 1092, 147 N. Y. Supp. 182.

GROSSARTH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Peter Grossarth against James W. Smith. No opinion. Interlocutory judgment affirmed, with costs.

GUERNSEY v. BUTTERICK PUB. CO. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Florence Guernsey against the Butterick Publishing Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 85 Misc. Rep. 380, 147 N. Y. Supp. 408.

GUILDFORD, Appellant, v. GEORGE BACKER CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by John Guildford against the George Backer Construction Company and others. H. C. Smyth, of New York City, for appellant. F. V. Johnson and L. A. Spalding, both of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

GUY, Respondent, v. M. REID & CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Arthur Guy, as administrator, etc., against M. Reid & Co. and another. F. V. Johnson, of New York City, for appellants. S. Bacon, of New York City, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. INGRAHAM, P. J., and SCOTT, J., dissent as to M. Reid & Co.

GUY v. REID et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Arthur Guy, as administrator, etc., against Joseph A. Reid, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

HALL, Respondent, v. McEWEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Charles Ward Hall against Alfred McEwen and another. PER CURIAM. Order affirmed, with $10 costs and disbursements. BURR, J., dissents.

HALL, Respondent, v. MOORE REALTY CO., Appellant et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Margaret Hall against the Moore Realty Company, impleaded with others. C. E. Meier, for appellant. No opinion. Judgment modified, by reducing the amount adjudged to be due to the plaintiff by the sum of $408, and, as so modified, affirmed, without costs. Settle order on notice.

HALL v. WOODMERE HOMESTEAD CO. et al. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Martin V. W. Hall against the Woodmere Homestead Company and others. No opinion. Motion to dismiss appeal denied, without costs. See, also, 148 N. Y. Supp. 1118.

HALL v. WOODMERE HOMESTEAD CO. et al. (Supreme Court, Appellate Division, Second Department. June 16, 1914.) Action by Martin V. W. Hall against the Woodmere Homestead Company and others. No opinion. Motion denied. See, also, 148 N. Y. Supp. 1118.

HALL v. WOODMERE HOMESTEAD CO. et al. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Martin V. W. Hall against the Woodmere Homestead Company and others. PER CURIAM. Motion granted, to the extent of requiring appellant to correct the printed appeal book on file with the clerk of this court, so that the same shall include the affidavit of Thomas J. Stewart, verified March 12, 1914, the affidavit of Ellen Cooper, verified March 27, 1914, and the affidavit of Paul E. Mead, verified April 3, 1914, read upon the motion which has resulted in the order of April 4, 1914, which has been appealed from, and also the two affidavits referred to in the affidavit of William L. Flagg, verified June 17, 1914, and amending the order appealed from by reciting these affidavits therein. Upon such corrected record, the said appeal is set down for argument on Tuesday, June 23, 1914. See, also, 148 N. Y. Supp. 1118.

HALL v. WOODMERE HOMESTEAD CO. et al. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by